Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Rebecca R. Perez
Assistant United States Attorneys
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 1 0 2024

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES MICHAEL MCCLAIN,<br><br>Defendants. | **2:24-CR-93-TOR-1**<br><br>INDICTMENT<br><br>Vio.: 21 U.S.C. § 841(a)(1),<br>(b)(1)(A)(viii)<br>Possession with Intent to<br>Distribute 50 Grams or More<br>of Actual (Pure)<br>Methamphetamine<br>(Count 1)<br><br>21 U.S.C. § 841(a)(1),<br>(b)(1)(B)(vi),<br>Possession with Intent to<br>Distribute 40 Grams or More<br>of Fentanyl<br>(Count 2)<br><br>21 U.S.C. § 853<br>Forfeiture Allegations |

The Grand Jury charges:

COUNT 1

On or about May 6, 2024, in the Eastern District of Washington, the

Defendant, CHARLES MICHAEL MCCLAIN did knowingly possess with intent

INDICTMENT – 1

to distribute 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii).

## COUNT 2

On or about May 6, 2024, in the Eastern District of Washington, the Defendant, CHARLES MICHAEL MCCLAIN, did knowingly possess with the intent to distribute 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (a/k/a fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi).

## SERIOUS DRUG FELONY

Before CHARLES MICHAEL MCCLAIN committed the offenses as charged in Counts 1 and 2, CHARLES MICHAEL MCCLAIN had a final conviction for a serious drug felony, as defined in 21 U.S.C. § 802(57), to wit: Delivery of a Controlled Substance (Heroin) and Possession of a Controlled Substance with Intent to Deliver (Heroin), in violation of Revised Code of Washington 69.50.401(2)(a), in the Superior Court of Washington, County of Asotin, case number 17-1-00046-02, for which he served a term of imprisonment of more than 12 months and was released from imprisonment within 15 years of the commencement of the instant offense(s).

INDICTMENT – 2

NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations set forth in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. § 841, as set forth in this Indictment, the Defendant, CHARLES MICHAEL MCCLAIN, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense.

The property to be forfeited includes, but is not limited to:

- $18,000.00 U.S. currency; and,

- a Springfield XD 9mm pistol bearing serial number GM927702.

If any forfeitable property, as a result of any act or omission of the Defendant:

a.    cannot be located upon the exercise of due diligence;

b.    has been transferred or sold to, or deposited with, a third party;

c.    has been placed beyond the jurisdiction of the court;

d.    has been substantially diminished in value; or

e.    has been commingled with other property which cannot be divided without difficulty,

INDICTMENT – 3

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

DATED this ___10___ day of July 2024.

A TRUE BILL

_____
Foreperson

_Vanessa Waldref_
_____
Vanessa R. Waldref
United States Attorney

_____
Rebecca R. Perez
Assistant United States Attorney

INDICTMENT – 4